Brooks L. Iler, S.B. # 99020
brooks@ilerlaw.com
Virgil A. Iler, S.B. # 158460
virgil@ilerlaw.com
ILER & ILER, LLP
306 W El Norte Pkwy, Suite N, #491
Escondido, CA 92026
Tel (858) 592-6212
Fax (858) 592-6213

Attorneys for Plaintiff, JESSICA CARLIN

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JESSICA CARLIN,**<br><br>Plaintiff,<br>vs.<br><br>**STANDARD INSURANCE COMPANY,**<br><br>Defendant. | **CASE NO.** '26CV5293 AJB AHG<br><br>**COMPLAINT FOR DISABILITY BENEFITS UNDER ERISA**<br><br>29 U.S. Code Section 1132(a)(1)(B) |

Plaintiff JESSICA CARLIN alleges as follows:

1. At all times relevant herein, Plaintiff, JESSICA CARLIN, was an individual residing in San Diego County, California.

2. On or about April 19, 2024, plaintiff became employed by Wuxi Apptec, Inc. as a Digital Marketing Senior Manager.

3. Wuxi Apptec, Inc., sponsored a group disability insurance plan (the

Plan), which was administered and underwritten by defendant the STANDARD INSURANCE COMPANY.

4. Defendant the STANDARD INSURANCE COMPANY (hereinafter "STANDARD") is a corporation licensed to sell insurance and doing business as an insurer in the State of California and incorporated in the State of Oregon, with its principal place of business in the State of Oregon.

5. The employer-sponsored group life insurance and disability plan and the claim at issue in this action are governed by the ***Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S. Code Section 1001. et. seq.***

6. On or about May 16, 2025, plaintiff became disabled within the definition of the benefit plan, and soon thereafter, and in a timely fashion, she made a claim for disability benefits under said Plan to STANDARD.

7. Plaintiff's claim for disability benefits was initially paid but benefits were denied effective October 25, 2025. Plaintiff remains disabled as defined by the plan to this date and continues to be eligible for long term disability benefits under the plan.

8. Plaintiff made a timely administrative appeal of the denial of disability benefits to STANDARD. The administrative appeal was denied in a letter dated August 20, 2026, thereby exhausting the Plan's administrative appeal process.

**WHEREFORE**, plaintiff prays judgment from the Court as follows:

1. Declaring that plaintiff is covered for past and ongoing disability benefits under the Plan;

2. For past-due benefits in the amount of approximately $8,700 per month through the date of filing, and additional benefits accumulating at the same monthly rate, less applicable offsets;

3. For interest on past due benefits;

4. For reasonable attorney fees;
5. For costs of suit herein;
6. For such other relief as the court deems proper.

Dated: 09/15/26

**ILER & ILER, LLP**

By: ***s/ Virgil A. Iler***
Virgil A. Iler
Attorneys for Plaintiff,
JESSICA CARLIN